UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CHARLES A. WILLIAMS,
         *Plaintiff*,

v.                              1:24-cv-1880-MSN-LRV

LINETTE JORDAN,
         *Defendant*.

## ORDER

Acting *pro se*, North Carolina state inmate Charles A. Williams initiated this civil action to register and enforce a default judgment he obtained in another federal district. ECF 1. By Order entered on July 7, 2025, Mr. Williams was advised that to do so he had to "fil[e] a certified copy of the judgment" by August 6, 2025. ECF 6 at 1 (quoting 28 U.S.C. § 1963).

On July 24, 2025, Mr. Williams filed a Motion to Proceed. ECF 7. Attached to his motion, he included an annotated and highlighted copy of a document that appears to be an order from the Eastern District of North Carolina granting his motion for default and awarding him $10,000 in compensatory damages. ECF 7–1. While the order has a handwritten header stating, "CERTIFIED COPY of Judgment," the copy of the order is not a certified copy of the judgment. *See* 28 U.S.C. § 1963 ("A judgment in an action for the recovery of money or property . . . may be registered by filing a certified copy of the judgment in any other district . . . .").

If Mr. Williams wishes to register and enforce the out-of-district judgment before this Court, he will have to obtain a properly certified copy from the Clerk for the Eastern District of North Carolina by filing a motion before that court or requesting a copy online. *See* Records Request System, United States District Court for the Eastern District of North Carolina, https://www.nced.uscourts.gov/crsM/Default.aspx (last accessed November 14, 2025). He must

thereafter comply with all other statutory and procedural requirements entailed in registering and enforcing a default judgment. *See, e.g.*, 28 U.S.C. § 1963; Fed. R. Civ. P. 69; Va. Code Ann. § 8.01-251. Accordingly, it is hereby

ORDERED that Plaintiff's Motion to Proceed is DENIED; and it is further

ORDERED that Plaintiff file a certified copy of the judgment he seeks to enforce within forty-five (45) days of the entry date of this Order.

This is a non-final order.

The Clerk is directed to send a copy of this Order to Charles A. Williams, *pro se*.

/s/
Michael S. Nachmanoff
United States District Judge

November 14, 2025
Alexandria, Virginia